IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:97CR3081 |
| | ) | |
| vs. | ) | **ORDER FOR** |
| | ) | **DISMISSAL OF INDICTMENT** |
| MARINO BELTRAN, a/k/a MARINO | ) | |
| BELTRAN-GASTELLUM, a/k/a MARIO | ) | |
| BELTRAN, a/k/a MARTIN CASTRO, | ) | |
| a/k/a SERGIO CORONA, and ALFREDO | ) | |
| B. ORQUIZ, | ) | |
| | ) | |
| Defendants. | ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to both defendants, MARINO BELTRAN, A/K/A MARINO BELTRAN-GASTELLUM, A/K/A MARIO BELTRAN, A/K/A MARTIN CASTRO, A/K/A SERGIO CORONA and ALFREDO B. ORQUIZ.

DATED this 17th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*

RICHARD G. KOPF
Senior United States District Court Judge